MECHANICS BANK, BROOKLYN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

GUSTAVE STRASSBURGER, Appellant, v. ROWLAND D. GOODMAN, Respondent.— Motion granted. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ. Order to be settled· on notice before Mr. Justice Kelly.

WILLIAM J. STENGER, Respondent, v. JOSEPH J. STENGER, Individually and as Executor, etc., and Others, Appellants; JOSEPH H. SCHEIDT and Another, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. QUEENS LAND AND TITLE COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

JAMES CLARKE, as Administrator, etc., of MARY A. CLARKE, Deceased, Appellant, v. SARAH MALONEY, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ., concurred.

WILLIAM H. DEXHEIMER, Respondent, v. NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

JOHN DUFFY, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MARTHA A. GAINES, Individually and as Executrix, etc., Respondent, v. DAVID HUYLER, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

. RUTH M. GAY, an Infant, by SIDNEY W. GAY, Her Guardian ad Litem, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

JOSEPH HUDSON, Respondent, v. T. RICHARD DENZER and JOSEPH NATHAN, Composing the Firm of DENZER & NATHAN, Appellants.— Order for discovery limited by excluding therefrom the items numbered 10, 11, 12, 13 and 14, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

LAWYERS TITLE AND TRUST COMPANY, Respondent, v. CHARLES S. TUTHILL, and Others, Defendants, Impleaded with GERTRUDE VIOLA TUTHILL, by Her Guardian ad Litem, PAUL E. TUTHILL, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

FREDERICK N. LEWIS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ.